Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMICK MUSIC CORPORATION,<br><br>         Plaintiff,<br>   vs.<br><br>PERSIS INTERNATIONAL, INC.,<br><br>         Defendant.<br><br>PERSIS INTERNATIONAL, INC., and EDWARD F. RICHARDS,<br><br>         Counterclaim Plaintiffs<br>   vs.<br><br>SAMICK MUSIC CORPORATION and BURGETT, INC.,<br><br>         Counterclaim Defendants<br>         and Third-Party Defendants | CASE NO. 3:09-cv-00197-LRH-VPC<br><br>**STIPULATION AND ORDER** |

Defendant and Counterclaim Plaintiffs PERSIS INTERNATIONAL, INC. and EDWARD F. RICHARDS (collectively, "Defendants" ), through their undersigned counsel of record GREENBERG TRAURIG, LLP, and Plaintiff and Counterclaim Defendants SAMICK MUSIC CORPORATION ("Samick"), through its undersigned counsel of record CISLO & THOMAS, LLP, and WATSON ROUNDS, PC, hereby stipulate to the extension of the deadline for Samick to respond to Defendants' Counterclaim.

*CHI 58,525,783v1 8-7-09*

1. Defendants filed their Answer to Complaint and Counterclaim against Samick on July 31, 2009 (Docket #24).

2. Persis and Samick request an additional 30 days for Samick to respond to the Counterclaim in order to enable settlement discussions.

3. The Parties hereby stipulate to extend the deadline for Samick to respond to September 23, 2009, subject to the Court's approval.

DATED this 11th day of August, 2009.

CISLO & THOMAS LLP

By: /s/ Daniel M. Cislo
Daniel M. Cislo
Kelly W. Cunningham
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401
*Attorneys for Samick Music Corp.*

GREENBERG TRAURIG, LLP

By: /s/ Tyler R. Andrews
Mark G. Tratos (Bar No. 1086)
Tyler R. Andrews (Bar No. 9499)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Persis International and Edward F. Richards*

## **ORDER**

IT IS SO ORDERED this 19th day of August, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE