# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Samick Music Corporation,

    Plaintiff,

vs.

Persis International, Inc.,

    Defendant(s).

Case # 3:09-cv-00197-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Jeffrey P. Dunning_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Chicago_____
                                                  (city)

_____Cook_____, _____Illinois_____
  (county)             (state)

2. That Petitioner is an attorney at law and a member of the law firm of _____Greenberg Traurig, LLP_____ with offices at _____77 West Wacker Drive, Suite 3100_____,
(street address)
Chicago, IL, 60601, (312) 456-8400.
(city)    (zip code)    (area code + telephone number)
dunningj@gtlaw.com
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by **Persis International, Inc.** [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since **November 9, 2000** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S. District Ct. for the Northern District of Illinois | 02/21/2001 | n/a |
| U.S. District Ct. for the Western District of Wisconsin | 05/11/2009 | n/a |
| U.S. Court of Appeals for the Federal Circuit | 09/30/2003 | n/a |
| Missouri | 10/2/1998 | 47762 |
| Illinois | 11/9/2000 | 6273364 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, Chicago Bar Association, American Intellectual Property Law Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See attached list | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ___Illinois___ )
COUNTY OF ___Cook___ )

___Jeffrey P. Dunning___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
15th day of September, 2009.

_____
Notary public or Clerk of Court

OFFICIAL SEAL
SHERI FASSL
Notary Public - State of Illinois
My Commission Expires May 29, 2012

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Tyler Andrews___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Greenberg Traurig, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, NV 89169

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Tyler Andrews_____ as his/her/their Designated Resident Nevada Counsel in this case.

*Edward F. Richards*
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as ~~associate~~ resident Nevada counsel in this case.

_____  9499
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

Rev 07/06

ATTACHMENT TO VERIFIED PETITION
FOR PERMISSION TO PRACTICE IN THIS CASE ONLY
BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT
PURSUANT TO LOCAL RULE IA 10-2: ADMISSION TO PRACTICE
IN A PARTICULAR CASE

Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| David Saenz of New York, New York | 3/09/07 | *Gibson Guitar Corp. v Ed Roman Enterprises, Inc., DBA Ed Roman Guitars and Ed Roman*, 2:06-cv-308 | United States District Court, District of Nevada (Las Vegas) | Granted 3/12/07 |
| Robert A. Mandel of Phoenix, Arizona | 8/13/07 | *Vestin v Baldridge*, 2:07-cv-01046 | United States District Court, District of Nevada (Las Vegas) | Granted 8/16/07 |
| Richard D. Harris of Chicago, Illinois | 8/17/07 | *Technology Development & Licensing, LLC, v Koninklijke Philips Electronics N.V., et al.*, 2:06-cv-00912 | United States District Court, District of Nevada (Las Vegas) | Granted 11/27/07 |
| Mark Gallis of Chicago, Illinois | 8/17/07 | *Technology Development & Licensing, LLC, v Koninklijke Philips Electronics N.V., et al.*, 2:06-cv-00912 | United States District Court, District of Nevada (Las Vegas) | Granted 11/27/07 |
| Jeffrey G. Mote of Chicago, Illinois | 8/17/07 | *Technology Development & Licensing, LLC, v Koninklijke Philips Electronics N.V, et al.*, 2:06-cv-00912 | United States District Court, District of Nevada (Las Vegas) | Granted 11/27/07 |
| Alan N. Sutin of New York, New York | 9/24/07 | *Tamares Las Vegas Properties, LLC, v. The El-Ad Group, Ltd.; El Ad Properties, Las Vegas, LLC; and El-Ad Las Vegas, LLC*, 2:07-cv-01216 | United States District Court, District of Nevada (Las Vegas) | Granted 9/27/07 |
| E. Jeffrey Walsh of Phoenix, Arizona | 7/28/08 | *Iris Management Group, LLC, et al., v. Todd K. Malan, M.D.*, 2:08-cv-00857 | United States District Court, District of Nevada (Las Vegas) | Granted 8/7/08 |
| L. Bradley Hancock of Houston, Texas | 8/1/08 | *Donna Corbello v. Thomas Gaetano DeVito*, 2:08-cv-00867 | United States District Court, District of Nevada (Las Vegas) | Granted 8/7/08 |
| Adam M. Starr of Santa Monica, California | 8/1/08 | *Lake of Las Vegas Joint Venture, LLC, et al., Debtor*, BK-S-08-17814-LBR | United States Bankruptcy Court, District of Nevada (Las Vegas) | Granted 9/4/08 |

Attachment to Federal Pro Hac Vice Verified Petition     1
Updated: 9/18/09

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Michael H. Goldstein of Santa Monica, California | 8/1/08 | *Lake of Las Vegas Joint Venture, LLC, et al., Debtor* BK-S-08-17814-LBR | United States Bankruptcy Court, District of Nevada (Las Vegas) | Granted 9/4/08 |
| Maria Hallas of the District of Columbia | 8/4/08 | *Ewalefo v. R.J. Reynolds Tobacco Company*, 2:08-cv-00241 | United States District Court, District of Nevada (Las Vegas) | Granted 8/5/08 |
| Christopher B. Payne of Houston, Texas | 8/15/08 | *Donna Corbello v. Thomas Gaetano DeVito*, 2:08-cv-00867 | United States District Court, District of Nevada (Las Vegas) | Granted 8/27/08 |
| George M. Belfield of Encino, California | 2/9/09 | *Cycalona Gowen v. Tiltware, LLC, et al.*, 2:08-cv-1581 | United States District Court, District of Nevada (Las Vegas) | Granted 2/19/09 |
| Valerie Ho of Los Angeles, California | 3/13/09 | *Cycalona Gowen v. Tiltware, LLC, et al.*, 2:08-cv-1581 | United States District Court, District of Nevada (Las Vegas) | Granted 3/26/09 |
| Laura Sixkiller of Mesa, Arizona | 3/26/09 | *Orzoff v. Wachovia Mortgage, FSB, et al.*, 2:09-cv-00271 | United States District Court, District of Nevada (Las Vegas) | Granted 4/1/09 |
| Robert A. Mandel of Phoenix, Arizona | 7/16/09 | *Iris Management Group, LLC, et al., v. Todd K. Malan, M.D.*, 2:08-cv-00857 | United States District Court, District of Nevada (Las Vegas) | Granted 8/13/09 |